IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BOBBY OLLES
Reg. #16435-009                                                                                    PETITIONER

vs.                                    Case No. 2:11CV00109 BSM-JTK

T. C. OUTLAW
*Warden,* FCI - Forrest City                                                              RESPONDENT

## ORDER

Petitioner Bobby Olles has filed a petition for a writ of habeas corpus. (Doc. No. 1) He is put on notice that his previously submitted $5 filing fee was held by the Clerk's office for approximately one week and returned because it was submitted without an accompanying habeas petition. It was not until June 16, 2011, that the Clerk's office received Petitioner's petition. He is therefore ordered to resubmit his $5 filing fee or, if applicable, complete an in forma pauperis application within thirty (30) days of the entry-date of this Order. Petitioner's failure to comply will result in the dismissal of his action without prejudice.[1] The Court orders the Clerk to forward to Petitioner a copy of the appropriate in forma pauperis application, along with this Order.

SO ORDERED this 20th day of June, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states in part:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.